1
2
3
4
5
6
7
8

IN THE UNITED STATES DISTRICT COURT

9

EASTERN DISTRICT OF CALIFORNIA

10
11

UNITED STATES OF AMERICA,

CASE NO.  2:14-MJ-00005-EFB

Plaintiff,

ORDER CONTINUING PRELIMINARY
HEARING DATE AND EXCLUDING TIME

12
13

v.

14

FRANCES MARIE CHARLES,

Defendants.

15
16
17        After considering the parties' Stipulation and Joint Motion to Continue the Preliminary Hearing

18   Date, the Court finds good cause for the relief requested.  Accordingly, it is hereby **ORDERED** that the

19   Preliminary Hearing scheduled for January 31, 2014, is continued to **February 28, 2014, at 2 p.m.**

20        **IT IS FURTHER ORDERED** that the time from January 29, 2014, through February 28, 2014,

21   inclusive, is excluded under 18 U.S.C. § 3161(h)(7)(A).  The delay in the proceedings is warranted

22   because defense counsel is attempting to obtain information from, and negotiate a possible disposition

23   with, the government.  Defense counsel needs to conduct in-person meetings with defendant in order to

24   discuss the facts of this case and advise his client as to how to proceed, and to communicate with

25   government counsel.  Continuing the preliminary hearing date for an additional period of time would

26   allow defense counsel reasonable time to undertake these tasks.  Given the scope of the scheme alleged

27   25-page complaint (ECF 1) and the nature of the charges, the court finds that the failure to grant a

28   continuance of the preliminary hearing would "deny counsel for the defendant . . . the reasonable time

1   necessary for effective preparation, taking into account the exercise of due diligence." 18 U.S.C. §

2   3161(h)(7)(B)(iv) [Local Code T4].  Accordingly, this Court finds that the ends of justice served by

3   granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.  18

4   U.S.C. § 3161(h)(7)(A).

5          **IT IS SO ORDERED.**

6          **Dated:  January 30, 2014**

7

8   _____
    KENDALL J. NEWMAN
    UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28