IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>        v.<br><br>FRANCES MARIE CHARLES,<br><br>                    Defendants. | CASE NO.  2:14-MJ-00005-EFB<br><br>ORDER CONTINUING PRELIMINARY HEARING DATE AND EXCLUDING TIME |

After considering the parties' Stipulation and Joint Motion to Continue the Preliminary Hearing Date, the Court finds good cause for the relief requested.  Accordingly, it is hereby **ORDERED** that the Preliminary Hearing scheduled for February 28, 2014, is continued to **March 21, 2014, at 2 p.m.**

**IT IS FURTHER ORDERED** that the time from February 21, 2014 through March 21, 2014, inclusive, is excluded under 18 U.S.C. § 3161(h)(7)(A).  The delay in the proceedings is warranted because defense counsel needs time to review the substantial discovery provided by the government, and needs time to negotiate a possible disposition with the government.  Defense counsel needs to conduct in-person meetings with defendant in order to discuss the facts of this case and advise his client as to how to proceed, and to communicate with government counsel.  Continuing the preliminary hearing date for an additional period of time would allow defense counsel reasonable time to undertake these tasks.  Given the scope of the discovery, the extent of the scheme alleged in the 25-page complaint (ECF 1), and the nature of the charges, the court finds that the failure to grant a continuance of the preliminary hearing would "deny counsel for the defendant . . . the reasonable time necessary for effective preparation, taking into account the exercise of due diligence." 18 U.S.C. § 3161(h)(7)(B)(iv) [Local Code T4].  Accordingly, this Court finds that the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

**IT IS SO ORDERED.**

Dated:  February 24, 2014

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE